# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHARLES M. TEAL**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg # 04477-095

VS.　　　　　　　　　　NO. 2:08-CV-00091-JLH-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas, et al.　　　　　　　　　　　　　　　　**RESPONDENTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#1) is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE